

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2017

No. 04-16-00677-CR

Joshua Isaiah **JOYNER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3747
Honorable Laura Parker, Judge Presiding

## O R D E R

Appellant's motion for extension of time is hereby GRANTED. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court